218

84 A.3d 701

Anthony Joseph ALEX, Petitioner

v.

Wayne J. GAVIN; Pennsylvania Board of
Probation and Parole, Respondent.

No. 185 EM 2013.

Supreme Court of Pennsylvania.

Jan. 28, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

84 A.3d 701

COMMONWEALTH of Pennsylvania, Respondent

v.

Tyrone WIGGINS, Petitioners.

No. 184 EM 2013.

Supreme Court of Pennsylvania.

Jan. 28, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal *Nunc Pro Tunc* within 30 days of this order.